Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000784
13-JUL-2017
09:37 AM

NO. CAAP-15-0000784

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MIDFIRST BANK, Plaintiff-Appellee,
v.
GREGORY ALLEN BUNDY and NICOLE BUNDY, Defendants-Appellants,
and
DOE DEFENDANTS 1-10, Defendants
(CIVIL NO. 14-1-152K)

---

KUKIO COMMUNITY ASSOCIATION, INC., Plaintiff-Appellee,
v.
GREGORY A. BUNDY, Defendant-Appellant,
and
MIDFIRST BANK, SCOTTSDALE PRIVATE BANK,
a division of MidFirst Bank, Defendants-Appellees,
and
DOE DEFENDANTS 1-10, Defendants
(CIVIL NO. 14-1-184K)

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT

ORDER APPROVING THE JULY 6, 2017
STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Ginoza and Chan, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal" filed on July 6, 2017, by Defendants-Appellants Gregory Allen Bundy and Nicole Bundy, the papers in support, and the record, it appears that (1) the appeal was docketed on April 11,

2016; (2) the parties stipulate to dismiss the appeal with prejudice, pursuant to Hawai'i Rules of Appellate Procedure (**HRAP**) Rule 42(b); (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) the parties agree to bear their own costs and attorneys' fees incurred with respect to this appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with prejudice. The parties shall bear their own costs and attorneys' fees incurred with respect to this appeal.

DATED: Honolulu, Hawai'i, July 13, 2017.

Chief Judge

Associate Judge

Associate Judge